IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ONESIMO "TREY" PEREZ and JONATHAN HAWES, on their own behalf and for all others similarly situated,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **V.** | § § | **CASE NO. 4:13-cv-966** |
| **HARRIS COUNTY** | § § | **JURY DEMANDED** |
| **Defendant.** | § § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that this action is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No Defendant party has been served with summons in this matter, and consequently no party has answered.

Respectfully submitted,

*/s/ David Mullin*
David Mullin

MULLIN HOARD & BROWN, LLP
Steven L. Hoard, TSB No. 09736600
David Mullin, TSB No. 14651600
Richard Biggs, TSB No. 24064899
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Phone: (806) 372-5050
Facsimile: (806) 372-5086