IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Onesimo "Trey" Perez, et al, <br>     Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. H-13-966 |
| Harris County, <br>     Defendant. | § <br> § <br> § | |

## ORDER

In accordance with the Notice of Dismissal filed on April 30, 2013 (Docket Entry No. 5), it is hereby **ORDERED** that this action be dismissed without prejudice.

SIGNED at Houston, Texas, on this 30th day of April, 2013.

                               _____
                                      SIM LAKE
                                     UNITED STATES DISTRICT JUDGE